1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

FILED
JUN 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-CR-00149 GSA |
| Plaintiff, | |
| vs. | MOTION TO UNSEAL COMPLAINT AND ORDER |
| FERNANDO AVILA, et al. | |
| Defendant. | |

The United States of America hereby moves this court for an order unsealing the Complaint as to Fernando Avila, et al. The reason for the unsealing is that the defendants have been arrested.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 24, 2010

By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the Complaint be unsealed and made public record.

DATED: _____6/24/10_____

_____
GARY S. AUSTIN
United States Magistrate Judge