BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FERNANDO AVILA,<br>et. al.,<br>        Defendants. | 1:10-cr-287 OWW<br><br>ORDER ON STIPULATION TO CONTINUE MOTIONS HEARING<br><br>DATE: January 24, 2010<br>HONORABLE Oliver W. Wanger |

       The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant, Fernando Avila, by and through his attorney of record, Anthony P. Capozzi, have stipulated and agreed to continue the hearing on the defendant's Motion to Revoke Magistrate's Order of Detention, previously scheduled for hearing on January 24, 2011, at 1:30 p.m., to January 31, 2011, at 1:30 p.m. The Status Conference set for all defendants **is not being continued** and will take place as scheduled on January 24, 2011.

       IT IS SO ORDERED.

       IT IS FURTHER ORDERED, that time be excluded to and through the date of the court's decision on the motions due to the pendency of the defendants' motions. See 18 U.S.C. § 3161(h)(1)(D).

///

///IT IS SO ORDERED.

1

**Dated:   January 18, 2011**                              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE