ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FERNANDO AVILA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| UNITED STATES OF AMERICA, | Case No.: 10-CR-00287 OWW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DETENTION HEARING |
| vs. | |
| FERNANDO AVILA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, FERNANDO AVILA, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen Servatius that the Detention Hearing now set to begin on Monday, January 31, 2011, at 1:30 p.m. be continued to Monday, February 7, 2011 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  January 27, 2010                    /s/ Anthony P. Capozzi
                                            Anthony P. Capozzi,
                                            Attorney for Defendant,
                                            FERNANDO AVILA

Dated:  January 27, 2010
                                            /s/ Kathleen Servatius
                                            Kathleen A. Servatius
                                            Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Detention Hearing now scheduled to begin on Monday, January 31, 2011 is vacated and is now scheduled to be held on Monday, February 7, 2011 at 1:30 p.m.

IT IS SO ORDERED.

    Dated:   **January 27, 2011**                **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE