BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-287 AWI |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING HEARING ON |
| | ) | DEFENDANT'S MOTION TO SUPPRESS |
| v. | ) | |
| | ) | |
| FERNANDO AVILA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, having stipulated and agreed that the motion to suppress in this case, currently scheduled for December 19, 2011, be continued until January 3, 2012, at 1:30 p.m., and good cause appearing therefore;

IT IS FURTHER ORDERED THAT the motion to suppress filed in this matter shall be continued to January 3, 2012 at 1:30 p.m.  The government's response will be filed on or before December 27, 2012.

IT IS SO ORDERED.

Dated:   December 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1