ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FERNANDO AVILA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:10-CR-00287-AWI |
| ) Plaintiff, ) | |
| ) vs. ) ) | Request to File Under Seal Character Letters and Attach to Presentence Report. |
| ) FERNANDO AVILA, ) ) Defendant. ) | |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Fernando Avila, by and through his attorney Anthony P. Capozzi, hereby requests that the Character Letters be attached to the Presentence Report and filed under seal with copies of said letters being served upon the United States Attorney and the Probation Department.

This request is made pursuant to Local Rule 141(a) which states that presentence reports are confidential records of the United States District Court.  Under the Local Rule the reports are only to be disclosed to the court, court personnel, the defendant, the defendant's counsel, the defense investigator, and the United States Attorney's office.  Only

these people or parties should have access to the Character Letters.

The contents of the Presentence Report sets out confidential and sensitive information that is subject to the Defendant's privacy rights.

The Character Letters are from the following individuals:

   a. Madeline Perez,
   b. Marcos Perez,
   c. Elva Leticia Mercado,
   d. Elizabeth Moreno,
   e. Jessica Mercado,
   f. Mayra Alejandra Mercado,
   g. Angelica Avila,
   h. Miranda Avila, and
   i. Jose Avila.

The total number of pages is eleven(11).

Accordingly, it is requested that the Character Letters be attached to the Presentence Report and be Sealed with copies served electronically upon the United States Attorney and the Probation Department.

                                    Respectfully submitted,
DATED: February 19, 2013
                                    */s/ Anthony P. Capozzi*

                                    Anthony P. Capozzi
                                    Attorney for,
                                    FERNANDO AVILA

# ORDER

For reasons set forth above, the defendants request to have Character Letters attached to the Presentence Report and filed Under Seal is granted.

IT IS SO ORDERED.

Dated:   February 20, 2013                    _____
                                              SENIOR  DISTRICT  JUDGE