BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00287 AWI |
| Plaintiff, | SENTENCING MEMORANDUM |
| v. | DATE: January 6, 2014<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |
| RAFAEL MENDEZ ESPARZA, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, provides this sentencing memorandum for the Court's consideration.

The government is in agreement with the recommendation of the Probation Officer. However, given the sentence imposed in this case for Fernando Avila (108 months), and given that the defendant is, although not a minor participant, less culpable than Avila, the government does not oppose a sentence of 96 months for the defendant in this case.

Dated: December 30, 2013
BENJAMIN B. WAGNER
United States Attorney

By: /s/ KATHLEEN A. SERVATIUS
KATHLEEN A. SERVATIUS
Assistant United States Attorney

SENTENCING MEMORANDUM 1